## Kariher's Petition (No. 2).

Argued October 9, 1925. Appeal, No. 147, March T., 1925, by G. W. Johnson Limestone Co., from decree of O. C. Lawrence Co., Sept. T., 1924, No. 1, in proceeding under the Uniform Declaratory Judgments Act in Estate of Terhan H. Kariher, deceased. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.

Petition for decree under Uniform Declaratory-Judgments Act. Before EMERY, P. J.

Rule, granted on the petition, discharged. G. W. Johnson Limestone Co. appealed.

*Error assigned* was, decree quoting bill of exception.

*W. W. Braham*, of *Aiken & Braham*, for appellant.

*C. H. Akens*, for appellee.

PER CURIAM, November 23, 1925:

This case involves the same facts as appear in No. 146, March Term, 1925, the only difference being that here the proceeding was commenced in the orphans' court and there in the court of common pleas; since we have decided, in the other case, that the latter court, and not the former, had jurisdiction, it follows that

This appeal is dismissed, the costs thereof to be divided between Orie M. Kariher and the G. W. Johnson Limestone Company.